No. 22,093.

GEORGE BLAKEMAN, *Appellant*, v. THE CITY OF WICHITA, *Appellees.*

*Per Curiam*: This case involves the same questions as case No. 22,092, *Kirksey v. City of Wichita* (ante, p. 761), and is affirmed for the same reasons.